UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6529 JAK (FFMx) | Date | May 26, 2016 |
|---|---|---|---|
| Title | J.M.M. v. COUNTY OF LOS ANGELES, et al. | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     (IN CHAMBERS) ORDER AWARDING ATTORNEYS' FEES

On September 17, 2015, the Court granted plaintiff's motion to compel defendant County of Los Angeles ("COLA") to produce documents. The Court ordered COLA to produce all responsive documents by October 3, 2015.

On October 8, 2015, plaintiff filed a motion seeking the Court's intervention to obtain COLA's compliance with the September 17, 2015 order. COLA filed a response and plaintiff filed a reply. The Court held a status conference on November 3, 2015 and a follow up telephone conference on November 5, 2015. At the conclusion of the telephone conference, the Court imposed a daily fine to run from November 9, 2015 until COLA had complied with the Court order. The Court also advised plaintiff to file a request for recovery of the attorneys' fees incurred in obtaining COLA's compliance with the order.

Plaintiff filed a declaration on November 10, 2015, which, among other things, detailed the time counsel had spent in attempting to obtain all the documents responsive to plaintiff's document request. COLA filed a response on November 17, 2015. Plaintiff thereafter filed a reply on November 25, 2015.

After reviewing the motion to compel and related documents, the ruling thereon, the motion for Court interference and related documents, counsels' arguments at the telephonic conference thereon, and the documents filed in connection with plaintiff's request for attorneys' fees, the Court finds that it is appropriate to award plaintiff the attorneys' fees incurred in obtaining COLA's compliance with the Court order. Therefore, the Court will determine a reasonable fee for plaintiff's counsel commencing on October 3, 2015, the date that COLA was required to produce all the responsive documents, and continuing to November 10, 2015, the date the declaration of plaintiff's counsel supporting the fee request was finalized.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-6529 JAK (FFMx) | Date | May 26, 2016 |
|---|---|---|---|
| Title | J.M.M. v. COUNTY OF LOS ANGELES, et al. | | |

The Court finds that plaintiff's counsel's requested rate of $550 per hour is reasonable based on the experience of counsel as detailed in the Declaration of Vicki I. Sarmiento (the "Sarmiento Dec.").

The Court further finds that the activities detailed in the Sarmiento Dec. commencing with the entry for October 5, 2015, and ending with the entry for November 10, 2015, are reasonable and are directly related to plaintiff's attempt to obtain compliance with the Court order. The time recorded for these activities is 23.6 hours. 23.6 hours at $550 per hour results in a fee of $12,980. The Court finds this fee to be reasonable and orders COLA to pay to plaintiff attorneys' fees in this amount pursuant to Federal Rule of Civil Procedure 37(b)(2)(C). The payment is due 30 days from the date of this order.

IT IS SO ORDERED.

|  | : |  |
|---|---|---|
| Initials of Preparer | | JM |